

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-20-00250-CV
_____

CITY OF FORT WORTH, Appellant

V.

LASHAUN WILLIAMS AND JABAYIUS WILLIAMS, Appellees

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-313516-19

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 17, 2020